In the Matter of 21 LIZENSK CORPORATION, Respondent, v YESHAIYA BENYAMIN SPILLMAN, Appellant. [787 NYS2d 890]—

In a proceeding pursuant to CPLR article 75 to confirm an arbitration award, the appeal is from a judgment of the Supreme Court, Orange County (Peter C. Patsalos, J.), entered November 20, 2003, which, upon an order of the same court dated August 22, 2003, granted the petition.

Ordered that the judgment is reversed, on the law, with costs, the order dated August 22, 2003, is vacated, the petition is denied, and the proceeding is dismissed.

The petition to confirm the arbitration award should have been denied on the ground that the procedures set forth in CPLR article 75 were not followed (*see* CPLR 7511 [b] [1] [iv]; [2] [i]; *see also Matter of Brentnall v Nationwide Mut. Ins. Co.*, 194 AD2d 537 [1993]; *Matter of Katz [Uvegi]*, 18 Misc 2d 576 [1959], *affd* 11 AD2d 773 [1960]). There is no proof in the record that timely written notice of the time and place of the arbitration hearing held on June 9, 2003, was delivered to the appellant (*see* CPLR 7506 [b]; *Matter of Goldfinger v Lisker*, 68 NY2d 225 [1986]; *Matter of Hanover Ins. Co. v Cannon Express Corp.*, 1 AD3d 358 [2003]; *Matter of Oakland Jewish Ctr. v Isaacson*, 179 AD2d 761 [1992]).

The appellant's remaining contention is without merit. Krausman, J.P., Luciano, Mastro and Lifson, JJ., concur.

 THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TISLAM ALLAH, Appellant. [787 NYS2d 896]—Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated November 16, 1992 (*People v Allah*, 187 AD2d 600 [1992]), affirming a judgment of the Supreme Court, Kings County, rendered August 20, 1990.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see Jones v Barnes*, 463 US 745 [1983]; *People v Stultz*, 2 NY3d 277 [2004]). Prudenti, P.J., Florio, Ritter and Santucci, JJ., concur.